IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Plaintiff, | | **8:25CR186** |
| vs. | | |
| JUSTIN BACK, | | **ORDER** |
| Defendant. | | |

**AMENDED WEBEX CASE CONFERENCE INSTRUCTIONS**

**IT IS ORDERED:**

1. The telephone conference with counsel regarding the Motion to Withdraw as Counsel (Filing No. 143) will be held on **May 29, 2026**, **at 11:00 a.m.,** before the undersigned magistrate judge.

2. Defense counsel, and counsel for the government shall attend, and shall use the following WebEx instructions:

    Dial 1-855-244-8681

    Enter the access code **2310 424 9535**, then hit the # key.

Dated this 28th day of May, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge