IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **8:25CR186** |
| vs. | |
| JUSTIN BACK, | **ORDER** |
| Defendant. | |

The court, having granted Motion to Withdraw as Counsel, (Filing No. 143), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Jason E. Troia, 209 South 19th Street, Suite 650, Omaha, NE 68102, (402) 290-2513, is appointed to represent Justin Back for the balance of these proceedings pursuant to the Criminal Justice Act. Tregg R. Lunn shall forthwith provide Jason E. Troia any discovery materials provided to the defendant by the government and any such other materials obtained by Tregg R. Lunn which are material to Justin Back's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Jason E. Troia.

Dated this 29th day of May, 2026.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge